**\*E-FILED\***
**July 7, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BLACKWELL,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE COMPUTER,<br><br>    Defendant.<br>_____/ | No. C 06-00908 JW (RS)<br><br>**ORDER OF RECUSAL**<br>**RE: REFERRED MATTERS** |

    I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

    IT IS SO ORDERED.

Dated: July 7, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge